IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **DEBRA FREEMAN** | ) | |
| | ) | **Civil Action No. 06-1566** |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **Judge Gary L. Lancaster** |
| | ) | |
| **VERIZON INFORMATION SERVICES** | ) | |
| | ) | **Electronically Filed** |
| **Defendant.** | ) | |

## ORDER

_____AND NOW, upon review of Plaintiff's Motion for a 45-Day Extension of Discovery,

IT IS HEREBY ORDERED that the motion is GRANTED and discovery is extended until

__July 6, 2007__ . The post-discovery status conference will now be held on Friday, July 20, 2007

at 11:30 a.m..

Date:   __April 24, 2007__

Gary L. Lancaster, J.