# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DEBRA FREEMAN, | ) |
| | ) |
| Plaintiff, | ) |
| | ) Case No. 2:06-CV-01566-GLL |
| v. | ) |
| | ) Judge Lancaster |
| VERIZON INFORMATION SERVICES, | ) |
| | ) |
| Defendant. | ) |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(1), Plaintiff Debra Freeman and Defendant Idearc Media Sales-East Co., successor in interest to Verizon Directories Sales-East Co., incorrectly identified in the Complaint as "Verizon Information Services", hereby stipulate that all of Plaintiff's claims in the above-captioned matter shall be *dismissed with prejudice*. No counterclaims have been served. Each party shall bear its own attorneys' fees and costs. The Clerk shall mark this case as closed. IT IS SO STIPULATED AND AGREED:

| | |
|---|---|
| s/ Joseph H. Chivers | s/ James S. Urban |
| Joseph H. Chivers, Esq. | James S. Urban, Esq. (#82019) |
| 312 Boulevard of the Allies | JONES DAY |
| Suite 3600 | 500 Grant Street |
| Pittsburgh, PA 15222 | 31st Floor |
| (412) 281-1110 | Pittsburgh, PA 15219 |
| | (412) 391-3939 |
| Counsel for Plaintiff | |
| | Counsel for Defendant |

SO ORDERED:

_____
Gary L. Lancaster
U.S. District Judge

Dec 5, 2007

PII-1168451v1